| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| DONALD M. GINDY<br>A PROFESSIONAL LAW CORPORATION<br>1880 CENTURY PARK EAST, SUITE 615<br>LOS ANGELES, CA 90067<br>Don@gindylaw.com<br>Tel. (310)-772-0585   Fax:(310) 772-0018 | 2011 FEB -8 PM 2: 56<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY_____ |
| ATTORNEYS FOR:  HITEK SOFTWARE | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| HITEK SOFTWARE LLC, a California Limited Liability Company<br><br>Plaintiff(s),<br>v.<br><br>VALUABLE TECHNOLOGIES INC., a Delaware Corporation; Does 1-10, inclusive<br><br>Defendant(s) | CV10-9841 JHN(AGRx)<br><br>FIRST AMENDED<br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Hitek Software LLC, a California Limited Liability Company
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**                            **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| | |
|---|---|
| VBConversions LLC | Plaintiff |
| Valuable Technologies, Inc.<br>a Delaware Corp. | Defendant |

2/8/11
Date

Sign _(signature)_

DONALD M. GINDY
Attorney of record for or party appearing in pro per

**NOTICE OF INTERESTED PARTIES**

CV-30 (12/03)