**DONALD M. GINDY**
PROFESSIONAL LAW CORPORATION
1880 CENTURY PARK EAST
SUITE 615
LOS ANGELES, CALIFORNIA 90067-1622
Tel (310) 772-0585
Fax (310) 772-0018
email: don@gindylaw.com
SBN 45228
Attorney for Plaintiff Hitek Software LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA- WEST REGION

| | |
|---|---|
| HITEK SOFTWARE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VALUABLE TECHNOLOGIES, INC., a Delaware corporation; DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. CV10-9841 JHN (AGRx)<br><br>**STIPULATION TO EXTENSION OF TIME TO ANSWER COMPLAINT** |

The parties hereto agree that the defendant Valuable Technologies, Inc., a Delaware corporation, shall be provided with additional time in which to answer the complaint.

\\\

Page 1 of 2

Case 2:10-cv-09841-JHN-AGR   Document 8   Filed 03/11/11   Page 2 of 2   Page ID #:88

The complaint was served on defendant on the 23rd day of February, 2011. The answer to the complaint which is due on or before the 16th day of March, 2011, shall be extended an additional 30 days. The answer is therefore due on or before the 15th day of April, 2011.

It is so stipulated.

Dated:                KRESSEL, ROTHLEIN, WALSH & ROTH, LLC

By: _____
Stephen Kressel
Attorney for defendant
Valuable Technologies, Inc.

Dated: 3/10/11             DONALD M. GINDY, PLC

By: _____
Donald M. Gindy
Attorney for Plaintiff
Hitek Software LLC

Page 2 of 2